# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                **CRIMINAL ACTION NO. 4:06CR124-P-B**

**CHARLES BARRETT MERRILL,**
**WILBUR TYRONE PEER,**
**ERWIN DAVID RABHAN,**
**JIMMY WINEMILLER, AND**
**WILLIAM MITCHELL WINEMILLER,**                 **DEFENDANTS.**

## ORDER

This matter comes before the court upon counsel for Defendant Charles Barrett Merrill's Response to the Court's Order of September 25, 2007 and Request for Change of Trial Date [146]. After due consideration of the request, the court finds that it should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Charles Barrett Merrill's Response to the Court's Order of September 25, 2007 and Request for Change of Trial Date [146] is **DENIED**.

**SO ORDERED** this the 2nd day of October, A.D., 2007.

                                               /s/ W. Allen Pepper, Jr.
                                               W. ALLEN PEPPER, JR.
                                               UNITED STATES DISTRICT JUDGE