# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                                         **CRIMINAL ACTION NO. 4:06CR124-P-D**

**CHARLES BARRETT MERRILL;**
**WILBUR TYRONE PEER;**
**ERWIN DAVID RABHAN;**
**JIMMY WINEMILLER; and**
**WILLIAM MICHAEL WINEMILLER,**                                 **DEFENDANTS.**

## ORDER

These matters come before the court upon Defendant Jimmy Winemiller's motion to dismiss Count 7 as barred by the statute of limitations [113] and motion to deem submitted and for a ruling on his motion to dismiss Count 7 as barred by the statute of limitations [131] and Defendant William Michael Winemiller's motion to dismiss Counts 7 and 9 based on the statute of limitations [132]. After due consideration of the motions, the court finds as follows, to-wit:

Pursuant to the Fifth Circuit Court of Appeals August 11, 2008 decision reversing the court's June 28, 2007 Order granting Defendant Erwin David Rabhan's motion to dismiss Count 8 based on the statute of limitations and the court's July 18, 2007 Order denying reconsideration of the dismissal of Count 8 as to Defendant Erwin David Rabhan, the court concludes that the instant motions to dismiss should be denied given they are premised on the same arguments rejected by the Fifth Circuit.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Jimmy Winemiller's motion to dismiss Count 7 as barred by the statute of limitations [113] and motion to deem submitted and for a ruling on his motion to dismiss Count 7 as barred by the statute of limitations [131] and

1

Defendant William Michael Winemiller's motion to dismiss Counts 7 and 9 based on the statute of limitations [132] are **DENIED**.

**SO ORDERED** this the 29th day of August, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE