**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                        **CRIMINAL ACTION NO. 4:06CR124-P-D**

**CHARLES BARRETT MERRILL,**                      **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant Charles Barrett Merrill's Renewed Motion for Severance and Separate Trial Based Upon New Information [219]. After due consideration of the motion, the court finds that since the court will give the jury appropriate limiting instructions, the motion to sever should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Charles Barrett Merrill's Renewed Motion for Severance and Separate Trial Based Upon New Information [219] is **DENIED**.

**SO ORDERED** this the 2nd day of September, A.D., 2009.

                                                 /s/ W. Allen Pepper, Jr.
                                                 W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE