**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                        **CRIMINAL ACTION NO. 4:06CR124-P-D**

**CHARLES BARRETT MERRILL, ET AL.,**                   **DEFENDANTS.**

**ORDER**

These matters come before the court upon Defendant Charles Barrett Merrill's Motion to Expand Time for Opening Statement [229] and Defendant Jimmy Winemiller's Motion for Expansion of Time Allowed for Presentation of Opening Statement [224]. After due consideration of the motions, the court finds that they should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Charles Barrett Merrill's Motion to Expand Time for Opening Statement [229] and Defendant Jimmy Winemiller's Motion for Expansion of Time Allowed for Presentation of Opening Statement [224] are **GRANTED**; accordingly,

(2) Each defendant shall be allowed 30 minutes for opening statement and, upon request, the Government shall also have a commensurate expansion of time.

**SO ORDERED** this the 8th day of September, A.D., 2009.

                                                               /s/ W. Allen Pepper, Jr.
                                                               W. ALLEN PEPPER, JR.
                                                               UNITED STATES DISTRICT JUDGE