# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

UNITED STATES OF AMERICA,

VS.                                                    CRIMINAL ACTION NO. 4:06CR124-P-D

CHARLES BARRETT MERRILL, ET AL.,                                    DEFENDANTS.

## ORDER

These matters come before the court upon Defendant Jimmy Winemiller's Motion to Allow Additional Peremptory Challenges [223], Defendant Charles Barrett Merrill's Motion for Additional Peremptory Challenges [228] and the remaining defendants' joinder therein. After due consideration of the motions and the response filed thereto, the court finds that the motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Jimmy Winemiller's Motion to Allow Additional Peremptory Challenges [223], and Defendant Charles Barrett Merrill's Motion for Additional Peremptory Challenges [228] are **DENIED**.

**SO ORDERED** this the 8th day of September, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE